**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Lisa Farmer and Jimmie Hankins, Defendants,

Of whom Lisa Farmer is the Appellant

and

Jimmie Hankins is a Respondent.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2024-001978

———————————

Appeal From Anderson County
David E. Phillips, Family Court Judge

———————————

Unpublished Opinion No. 2025-UP-245
Submitted July 10, 2025 – Filed July 14, 2025

———————————

**AFFIRMED**

———————————

Adam Sinclair Ruffin, of Ruffin Law Firm, LLC, of
Columbia, for Appellant.

Andrew Troy Potter, of Anderson, for Respondent South Carolina Department of Social Services.

William E. Phillips, of Anderson, for Respondent Jimmie Hankins.

Kimberly Welchel Pease, of Kimberly Welchel Pease, Attorney at Law, of Seneca, for the Guardian ad Litem.

---

**PER CURIAM:**  Lisa Farmer appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2024).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Farmer's counsel.

**AFFIRMED.**[1]

**KONDUROS, MCDONALD, and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.